IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01004-REB-KLM

TRUSTEES OF THE IRON WORKERS PENSION TRUST FUND FOR COLORADO,
TRUSTEES OF THE INTERMOUNTAIN IRON WORKERS HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO IRON WORKERS INDIVIDUAL ACCOUNT TRUST FUND, and
TRUSTEES OF THE COLORADO STATEWIDE (ERECTORS) IRON WORKERS APPRENTICESHIP AND TRAINING TRUST FIND,

    Plaintiffs,

v.

DAUGHTER'S STEEL ERECTOR, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on **Plaintiffs' Motion to Vacate Scheduling/Planning Conference Set for June 30, 2009 at 9:00 A.M.** [Docket No. 7; Filed June 19, 2009] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for June 30, 2009 at 9:00 a.m. is **vacated**.  If necessary, the Court will reset the Scheduling Conference at a later date.

   IT IS FURTHER **ORDERED** that Plaintiffs shall file a Motion for Entry of Default on or before **July 20, 2009**.

Dated:  June 19, 2009