IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01004-REB-KLM

TRUSTEES OF THE IRON WORKERS PENSION TRUST FUND FOR COLORADO,
TRUSTEES OF THE INTERMOUNTAIN IRON WORKERS HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO IRON WORKERS INDIVIDUAL ACCOUNT TRUST FUND, and
TRUSTEES OF THE COLORADO STATEWIDE (ERECTORS) IRON WORKERS APPRENTICESHIP AND TRAINING TRUST FUND,

    Plaintiffs,

v.

DAUGHTER'S STEEL ERECTOR, INC., a Colorado corporation,

    Defendant.

## ORDER FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED.R.CIV.P. 55(b)(2)

**Blackburn, J.**

The matter before me is **Plaintiffs' Motion For Entry of Default Judgment Pursuant To Fed.R.Civ.P. 55(b)(2)** [#10] filed July 20, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted, and that default judgment should enter against defendant Daughter's Steel Erector, Inc.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiffs' Motion For Entry of Default Judgment Pursuant To Fed.R.Civ.P. 55(b)(2)** [#10] filed July 20, 2009, is **GRANTED**;

2.  That judgment shall enter in favor of plaintiffs and against defendant, Daughter's Steel Erector, Inc. in the amount of $58,058.09, as follows:

   a. $27,603.21 for Trust Fund contributions;

   b. $16,277.50 for interest on the Trust Fund contributions at a rate of 18% per annum through July 20, 2009;

   c. $7,688.55 in liquidated damages pursuant to the Collective Bargaining Agreement;

   d. $583.80 in liquidated damages and interest for shortages in 2007;

   e. $2,420.75 for plaintiffs' reasonable attorney fees;

   f. $3,032.26 in audit costs; and

   g. $402.02 in plaintiffs' costs.

Dated July 24, 2009, at Denver, Colorado.

            BY THE COURT:

            /s/ Robert E. Blackburn
            Robert E. Blackburn
            United States District Judge